Law Offices of Travis Gagnier, Inc., P.S.
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
253-941-0234; gagnierecf@bestbk.com

Judge Mary Jo Heston
CHAPTER 13
Hearing Date: September 22, 2022
Hearing Time: 1:00 p.m.
Response Date: September 15, 2022
Location: Tacoma

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

**WASHINGTON, Larnell,**

Debtor.

NO.  22-40100

**NOTICE OF HEARING, MOTION TO APPROVE SALE OF REAL PROPERTY and PROOF OF SERVICE**

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the attached motion will be heard before Judge Mary Jo Heston, Union Station, Courtroom H, 1717 Pacific Ave., Tacoma, WA  98401, on the 22nd day of September 2022 at the hour of 1:00 p.m. or as soon thereafter as the Court may direct, at which time you may appear and offer your evidence as to why the Motion should not be granted.

**IF IT IS YOUR INTENTION TO BE HEARD IN THIS MATTER, YOU MUST GIVE WRITTEN RESPONSE TO THE COURT at UNION STATION 1717 PACIFIC AVENUE SUITE 2100 TACOMA WA  98402-3233 AND TO DEBTOR'S ATTORNEY, the LAW OFFICES OF TRAVIS GAGNIER INC P.S. P.O. BOX 3949, FEDERAL WAY, WA 98063,** no later September 15, 2022 or you will be deemed to be in default, the allegations herein may be taken as true, and the relief sought herein may be granted with an Order being entered accordingly.

NOTICE OF HEARING, MOTION TO APPROVE
SALE OF REAL PROPERTY and PROOF OF
SERVICE- 1

DATED this 1st day of September 2022
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtor

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

## MOTION

COMES NOW the Debtor, by and through his attorney, Law Offices of Travis Gagnier, Inc., P.S., and move the court for an order approving the sale of his real property, which is legally described as follows:

Property Tax Parcel/Account No   459700022000

LOT 22 OF EMERALD HILLS, AS PER PLAT RECORDED IN VOLUME 23 OF PLATS, PAGES 81 THROUGH 84, RECORDS OF THURSTON COUNTY AUDITOR; SITUATE IN THE CITY OF LACEY, COUNTY OF THURSTON, STATE OF WASHINGTON.

The street address of the property is 6036 55th Court SE Lacy, Washington 98513.

The sale price of the property is $425,000.00.  The sale will be to Richard Morris and Kaylee Stanton, unmarried persons, and unrelated third parties to the Debtor. There is one consensual lien on the property.  It is a note and deed of trust in favor of Lakeview Loan Servicing LLC c/o Loan Care LLC and a note and deed of trust in favor of Washington State Housing Finance Commission.  There appears to be a homeowners' association, (Emerald Hills HOA). It will be paid from closing. An additional lien against the property is a statutory lien for real estate taxes owed Thurston County which will be paid at closing.

There are also agents' fees, excise taxes, escrow fees and other closing costs associated with the sale, which, of course, will need to be paid.  All fees and costs associated with the sale should be paid from closing.

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

At closing, the sum of $2,900.00 will be paid the Chapter 13 trustee for disbursement pursuant to the Debtor's confirmed Chapter 13 Plan and as partial repayment of the plan arrears.

For the foregoing reasons, the Debtor asks that the court approves the sale and allow the proposed distribution as set forth in the attached Order.

DATED this 1st day of September 2022

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtor

/s/ Gregory J. Jalbert
Gregory J. Jalbert, WSBA #9480
Of Counsel

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court and served a true copy thereof to: U.S. Trustee and Chapter 13 Trustee via ECF and to Debtor and all creditors on the mailing matrix via U.S. first-class mail, postage pre-paid, on September 1, 2022.

/s/ Shari Moody
Shari Moody

Legal Assistant

NOTICE OF HEARING, MOTION TO APPROVE
SALE OF REAL PROPERTY and PROOF OF
SERVICE- 3

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com