```
Label Matrix for local noticing      LAKEVIEW LOAN SERVICING, LLC           U.S. Bankruptcy Court
0981-3                                c/o McCarthy & Holthus, LLP            1717 Pacific Avenue
Case 22-40100-MJH                     108 1st Avenue South                   Suite 2100
Western District of Washington        Ste. 300                               Tacoma, WA 98402-3233
Tacoma                                Seattle, WA 98104-2104
Tue Aug 30 10:09:14 PDT 2022

AMERICAN INFO SOURCE                  AcceptanceNOW                          AcceptanceNOW
PO BOX 248848                         5501 Headquarters Drive                Attn: Bankruptcy
Oklahoma City OK 73124-8848           Plano TX 75024-5837                    5501 Headquarters Drive
                                                                             Plano TX 75024-5837


Acima Credit Fka Simpl                American General Financial/Springleaf Fi   American General Financial/Springleaf Fi
9815 Monroe Street                    Springleaf Financial/Attn: Bankruptcy De   Suite B
4th Floor                             Po Box 3251                                Puyallup WA 98372
Sandy UT 84070-4384                   Evansville IN 47731-3251


Ashley Funding Services, LLC          (p)AUDIT & ADJUSTMENT COMPANY          Capital Bank N.A.
Resurgent Capital Services            ATTN STEPHANIE JANSSEN                 One Church Street
PO Box 10587                          PO BOX 1959                            Suite 100
Greenville, SC 29603-0587             LYNNWOOD WA 98046-1959                 Rockville MD 20850-4190


Capital Bank N.A.                     Capital One                            Capital One
Po Box 8130                           Attn: Bankruptcy                       Po Box 31293
Reston VA 20195-2030                  Po Box 30285                           Salt Lake City UT 84131-0293
                                      Salt Lake City UT 84130-0285


Capital One Auto Finance              Capital One Bank (USA), N.A.           Central Credit Services, LLC
Attn: Bankruptcy                      by American InfoSource as agent        9550 Regency Square Blvd
Po Box 30285                          PO Box 71083                           Suite 500A
Salt Lake City UT 84130-0285          Charlotte, NC  28272-1083              Jacksonville FL 32225-8169


Citibank                              Citibank                               Citibank, N.A.
Attn: Bankruptcy                      Po Box 6217                            5800 S Corporate Pl
P.O. Box 790034                       Sioux Falls SD 57117-6217              Sioux Falls, SD  57108-5027
St Louis MO 63179-0034


Citibank/The Home Depot               Credit Concept                         Credit One Bank
Attn: Recovery/Centralized Bankruptcy Attn: Bankruptcy Dept.                 Attn: Bankruptcy
Po Box 790034                         220 W 7th Ave                          Po Box 98873
St Louis MO 63179-0034                Eugene OR 97401-2664                   Las Vegas NV 89193-8873


Credit Service of Oregon              EdFinancial Services                   EdFinancial Services
Po Box 1208                           120 N Seven Oaks Drive                 Attn: Bankruptcy
Roseburg OR 97470-0306                Knoxville TN 37922-2359                Po Box 36008
                                                                             Knoxville TN 37930-6008


Edfinancial on behalf of US Dept. of Educati   Emerald Hills HOA             Employment Security Department
120 N Seven Oaks Drive                6023 55th Ct SE                        UI Tax Admin
Knoxville, TN 37922-2359              Olympia WA 98513-6442                  PO Box 9046
                                                                             Olympia WA 98507-9046
```

| | | |
|---|---|---|
| FIRST POINT<br>PO BOX 26140<br>Greensboro NC 27402-6140 | Gold Acceptance<br>2575 Woodland Dr<br>Anaheim CA 92801-2608 | Gold Acceptance<br>Attn: Bankruptcy<br>Po Box 1889<br>Orange CA 92856-0889 |
| Guillermo E. Chacon, DDS<br>2910 S Meridian #120<br>Puyallup WA 98373-1585 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERTAT<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | Jenny Wadman<br>1526 SE Taylor St<br>Portland OR 97214-2654 |
| Jon Miller<br>1526 SE Taylor St<br>Portland OR 97214-2654 | Lakeview Loan Servicing<br>PO Box 8068<br>Virginia Beach VA 23450-8068 | Lakeview Loan Servicing, LLC<br>c/o LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach VA 23452-4262 | Loancare, Cit Bank,<br>3637 Sentara Way<br>Virginia Beach VA 23452-4262 | Loancare, Cit Bank,<br>Attn: Consumer Solutions Dept<br>Po Box 8068<br>Virginia Beach VA 23450-8068 |
| MERIDIAN DENTAL CARE<br>16021 MERIDIAN E<br>JEFFREY J BRUS, DMD<br>Puyallup WA 98375-9605 | MULTICARE<br>P.O. BOX 34616<br>SEATTLE WA 98124-1616 | NATIONAL GENERAL INSURANCE<br>PO BOX 3199<br>Winston Salem NC 27102-3199 |
| (p)OLYMPIA EMERGENCY SERVICES<br>PO BOX 5007<br>LACEY WA 98509-5007 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville IN 47708-1013 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville IN 47731-3251 |
| OneMain Financial<br>Po Box 1010<br>Evansville IN 47706-1010 | (p)PROVIDENCE HEALTH & SERVICES<br>ATTN CINDY NORRIS<br>PO BOX 4408<br>PORTLAND OR 97208-4408 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 |
| (p)PROCOLLECT INC<br>12170 ABRAMS RD SUITE 100<br>DALLAS TX 75243-4579 | Reliable Credit Association<br>34303 Pacific Hwy South, #106<br>Federal Way WA 98003-8907 | Reliable Credit Association<br>Attn: Bankruptcy<br>Po Box 4567<br>Federal Way WA 98063-4567 |
| Safe Haven Security<br>520 East 19th Avenue<br>Kansas City MO 64116-3614 | Servisolutions<br>7460 Halycon Pointe Drive<br>Montgomery AL 36117-8104 | Servisolutions<br>Attn: Bankruptcy Dept<br>P.O. Box 242967<br>Montgomery AL 36124-2967 |
| Simple Finance<br>720 NW Davis Street<br>Ste. 400<br>Portland OR 97209-3664 | Sound Family Medicine<br>PO Box 73990<br>Puyallup WA 98373-0990 | Springleaf Fi<br>Attn: Bankruptcy De<br>Po Box 3251<br>Evansville IN 47731-3251 |

| | | |
|---|---|---|
| (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 | Synchrony Bank<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste 400<br>Seattle WA 98121-3132 | THURSTON CO DIST CT DIST<br>2000 LAKERIDGE DR SW<br>Olympia WA 98502-6090 |
| THURSTON COUNTY TREASURER<br>2000 LAKERIDGE DR SW<br>Olympia WA 98502-6080 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | (p)HOUSING AND URBAN DEVELOPMENT OGC REGION X<br>ATTN BANKRUPTCY ATTORNEY<br>909 FIRST AVENUE STE 260<br>SEATTLE WA 98104-1000 |
| USAA<br>9800 Fredericksburg Road<br>San Antonio TX 78288-0002 | USAA AUTO INSURNACE<br>9800 FREDRICKSBURG RD<br>San Antonio TX 78288-0002 | USAA Claims Dept.<br>PO Box 33490<br>San Antonio TX 78265-3490 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Verizon<br>One Verizon Way<br>MC 180WVB<br>Basking Ridge NJ 07920-1025 | W S E C U<br>Po Box Wsecu<br>Olympia WA 98507-0099 |
| WSECU<br>Attn: Bankruptcy<br>Po Box Wsecu<br>Olympia WA 98507-0099 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines IA 50306-0438 |
| Larnell Washington<br>6036 55th Ct SE<br>Lacey, WA 98513-6442 | Michael G. Malaier<br>2122 Commerce Street<br>Tacoma, WA 98402-3002 | Travis A Gagnier<br>Law Offices of Travis Gagnier, Inc., PS<br>33507 9th Ave S Bldg F<br>PO Box 3949<br>Federal Way, WA 98063-3949 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Audit And Adjustment<br>20700 44th Ave West, Suite 100<br>Lynnwood WA 98036 | OLYMPIA EMERGENCY SERVICES<br>PO BOX 5007<br>Lacey WA 98509-5007 | PROVIDENCE<br>BUSINESS OFFICE<br>PO BOX 3177<br>Portland OR 97208 |
| Pro Collect, Inc<br>Attn: Bankruptcy<br>12170 N Abrams Road, Suite 100<br>Dallas TX 75243 | State Collection Service<br>Attn: Bankruptcy<br>Po Box 6250<br>Madison WI 53716 | (d)State Collection Service<br>Po Box 6250<br>Madison WI 53716 |
| The Home Depot<br>PO Box 78011<br>Phoenix AZ 85062 | US Dept of HUD<br>451 7th St SW<br>Washington DC 20410 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF               (u)ReJena Kilmurray               (u)Thomas B. Cordell


End of Label Matrix
Mailable recipients    77
Bypassed recipients     3
Total                  80