Law Offices of Travis A. Gagnier
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234; gagnierecf@bestbk.com

Judge Mary Jo Heston
CHAPTER 13
*ex parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>**WASHINGTON, Larnell**,<br><br>Debtor. | No. 22-40100<br><br>MOTION TO DISMISS CASE, NOTICE OF HEARING and PROOF OF SERVICE |

COMES NOW the Debtor and moves the court for an order dismissing his case. Debtor has not previously converted under section 706, 1112 or 1208. Therefore, Debtor may dismiss at any time pursuant to 11 USC § 1307(b). Debtor has been advised of the consequences of dismissal by his counsel.

Respectfully submitted this 1st day of December 2022.

    /s/ Larnell Washington
Larnell Washington

    /s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorney for Debtor

MOTION TO DISMISS CASE - 1

LAW OFFICES OF TRAVIS A. GAGNIER, INC., P.S.
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98003-3949
Phone: (253) 941-0234 ; gagnierecf@bestbk.com

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of Washington that I served a true copy of the foregoing along with a copy of the proposed order therefore to the United States Bankruptcy Court at Tacoma and to:

| | | |
|---|---|---|
| Michael G. Malaier<br>Chapter 13 Trustee | Honorable Mary Jo Heston | US Trustee |

via ECF, and to:

| | |
|---|---|
| Debtor | All creditors on the mailing matrix and who requested special notice |

via U.S. first-class mail, postage pre-paid, on the 1st day of December 2022.

/s/ Shari L. Moody
Shari L. Moody, Sr. Paralegal

MOTION TO DISMISS CASE - 2

LAW OFFICES OF TRAVIS A. GAGNIER, INC., P.S.
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98003-3949
Phone: (253) 941-0234 ; gagnierecf@bestbk.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 22-40100-MJH<br>Western District of Washington<br>Tacoma<br>Thu Dec  1 10:45:13 PST 2022 | AMERICAN INFO SOURCE<br>PO BOX 248848<br>Oklahoma City OK 73124-8848 | AcceptanceNOW<br>5501 Headquarters Drive<br>Plano TX 75024-5837 |
| AcceptanceNOW<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano TX 75024-5837 | Acima Credit Fka Simpl<br>9815 Monroe Street<br>4th Floor<br>Sandy UT 84070-4384 | American General Financial/Springleaf Fi<br>Springleaf Financial/Attn: Bankruptcy De<br>Po Box 3251<br>Evansville IN 47731-3251 |
| American General Financial/Springleaf Fi<br>Suite B<br>Puyallup WA 98372 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)AUDIT & ADJUSTMENT COMPANY<br>ATTN STEPHANIE JANSSEN<br>PO BOX 1959<br>LYNNWOOD WA 98046-1959 |
| Capital Bank N.A.<br>One Church Street<br>Suite 100<br>Rockville MD 20850-4190 | Capital Bank N.A.<br>Po Box 8130<br>Reston VA 20195-2030 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City UT 84131-0293 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Central Credit Services, LLC<br>9550 Regency Square Blvd<br>Suite 500A<br>Jacksonville FL 32225-8169 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis MO 63179-0034 | Citibank<br>Po Box 6217<br>Sioux Falls SD 57117-6217 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis MO 63179-0034 | Credit Concept<br>Attn: Bankruptcy Dept.<br>220 W 7th Ave<br>Eugene OR 97401-2664 |
| Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas NV 89193-8873 | Credit Service of Oregon<br>Po Box 1208<br>Roseburg OR 97470-0306 | EdFinancial Services<br>120 N Seven Oaks Drive<br>Knoxville TN 37922-2359 |
| EdFinancial Services<br>Attn: Bankruptcy<br>Po Box 36008<br>Knoxville TN 37930-6008 | Edfinancial on behalf of US Dept. of Educati<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Emerald Hills HOA<br>6023 55th Ct SE<br>Olympia WA 98513-6442 |
| Employment Security Department<br>UI Tax Admin<br>PO Box 9046<br>Olympia WA 98507-9046 | FIRST POINT<br>PO BOX 26140<br>Greensboro NC 27402-6140 | Travis A Gagnier<br>Law Offices of Travis Gagnier, Inc., PS<br>33507 9th Ave S Bldg F<br>PO Box 3949<br>Federal Way, WA 98063-3949 |

Gold Acceptance
2575 Woodland Dr
Anaheim CA 92801-2608

Gold Acceptance
Attn: Bankruptcy
Po Box 1889
Orange CA 92856-0889

Guillermo E. Chacon, DDS
2910 S Meridian #120
Puyallup WA 98373-1585

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERTAT
PO BOX 7346
Philadelphia PA 19101-7346

Jenny Wadman
1526 SE Taylor St
Portland OR 97214-2654

Jon Miller
1526 SE Taylor St
Portland OR 97214-2654

LAKEVIEW LOAN SERVICING, LLC
c/o McCarthy & Holthus, LLP
108 1st Avenue South
Ste. 300
Seattle, WA 98104-2104

Lakeview Loan Servicing
PO Box 8068
Virginia Beach VA 23450-8068

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

LoanCare, LLC
3637 Sentara Way
Virginia Beach VA 23452-4262

Loancare, Cit Bank,
3637 Sentara Way
Virginia Beach VA 23452-4262

Loancare, Cit Bank,
Attn: Consumer Solutions Dept
Po Box 8068
Virginia Beach VA 23450-8068

MERIDIAN DENTAL CARE
16021 MERIDIAN E
JEFFREY J BRUS, DMD
Puyallup WA 98375-9605

MULTICARE
P.O. BOX 34616
SEATTLE WA 98124-1616

Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402-3002

NATIONAL GENERAL INSURANCE
PO BOX 3199
Winston Salem NC 27102-3199

(p)OLYMPIA EMERGENCY SERVICES
PO BOX 5007
LACEY WA 98509-5007

Lance E Olsen
 McCarthy & Holthus, LLP
108 First Avenue South, Suite 300
Suite 400
Seattle, WA 98104-2104

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville IN 47708-1013

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville IN 47731-3251

OneMain Financial
Po Box 1010
Evansville IN 47706-1010

(p)PROVIDENCE HEALTH & SERVICES
ATTN CINDY NORRIS
PO BOX 4408
PORTLAND OR 97208-4408

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell, NY 14219-2553

(p)PROCOLLECT INC
12170 ABRAMS RD SUITE 100
DALLAS TX 75243-4579

Reliable Credit Association
34303 Pacific Hwy South, #106
Federal Way WA 98003-8907

Reliable Credit Association
Attn: Bankruptcy
Po Box 4567
Federal Way WA 98063-4567

Safe Haven Security
520 East 19th Avenue
Kansas City MO 64116-3614

Servisolutions
7460 Halycon Pointe Drive
Montgomery AL 36117-8104

Servisolutions
Attn: Bankruptcy Dept
P.O. Box 242967
Montgomery AL 36124-2967

Simple Finance
720 NW Davis Street
Ste. 400
Portland OR 97209-3664

| | | |
|---|---|---|
| Sound Family Medicine<br>PO Box 73990<br>Puyallup WA 98373-0990 | Springleaf Fi<br>Attn: Bankruptcy De<br>Po Box 3251<br>Evansville IN 47731-3251 | (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| Synchrony Bank<br>c/o Weinstein & Riley, PS<br>2001 Western Ave, Ste 400<br>Seattle WA 98121-3132 | THURSTON CO DIST CT DIST<br>2000 LAKERIDGE DR SW<br>Olympia WA 98502-6090 | THURSTON COUNTY TREASURER<br>2000 LAKERIDGE DR SW<br>Olympia WA 98502-6080 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | (p)HOUSING AND URBAN DEVELOPMENT OGC REGION X<br>ATTN BANKRUPTCY ATTORNEY<br>909 FIRST AVENUE STE 260<br>SEATTLE WA 98104-1000 | USAA<br>9800 Fredericksburg Road<br>San Antonio TX 78288-0002 |
| USAA AUTO INSURNACE<br>9800 FREDRICKSBURG RD<br>San Antonio TX 78288-0002 | USAA Claims Dept.<br>PO Box 33490<br>San Antonio TX 78265-3490 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| Verizon<br>One Verizon Way<br>MC 180WVB<br>Basking Ridge NJ 07920-1025 | W S E C U<br>Po Box Wsecu<br>Olympia WA 98507-0099 | WSECU<br>Attn: Bankruptcy<br>Po Box Wsecu<br>Olympia WA 98507-0099 |
| Larnell Washington<br>5504 Chelan Lane SE Unit #54<br>Lacey, WA 98503-5028 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines IA 50306-0438 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Audit And Adjustment<br>20700 44th Ave West, Suite 100<br>Lynnwood WA 98036 | OLYMPIA EMERGENCY SERVICES<br>PO BOX 5007<br>Lacey WA 98509-5007 | PROVIDENCE<br>BUSINESS OFFICE<br>PO BOX 3177<br>Portland OR 97208 |
| Pro Collect, Inc<br>Attn: Bankruptcy<br>12170 N Abrams Road, Suite 100<br>Dallas TX 75243 | State Collection Service<br>Attn: Bankruptcy<br>Po Box 6250<br>Madison WI 53716 | (d)State Collection Service<br>Po Box 6250<br>Madison WI 53716 |
| The Home Depot<br>PO Box 78011<br>Phoenix AZ 85062 | US Dept of HUD<br>451 7th St SW<br>Washington DC 20410 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Thomas B. Cordell          (u)Courtesy NEF          (u)ReJena Kilmurray

End of Label Matrix
Mailable recipients    77
Bypassed recipients     3
Total                  80